UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

HELDER PEREZ and
JORGE ALBERTO LOPEZ SANCHEZ,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class*,

        **Plaintiffs,**

v.

SOUTH SHORE DRYWALL INC. and
JOSEPH ZANGLA,

        **Defendants.**

---

Case No. 20-cv-05215

**NOTICE OF ACCEPTANCE
OF OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs HELDER PEREZ and JORGE ALBERTO LOPEZ SANCHEZ hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated December 13, 2021 and annexed hereto as **Exhibit A.**

Dated: December 15, 2021

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiffs*