# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

HELDER PEREZ, ET AL,
*on behalf of herself, FLSA collective Plaintiffs and the Class,*

        Plaintiff,

-against-

SOUTH SHORE DRYWALL, INC., ET AL,

        Defendants.

Case No.: 20-cv-5215

**OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants hereby offer to allow judgment to be taken against them, jointly and severally, and in favor of Plaintiffs in the sum of Twenty Five Thousand Dollars and No Cents ($25,000), inclusive of legal fees, with respect to Plaintiffs' federal claims only under the Fair Labor Standards Act, as amended.

This Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and neither this Offer of Judgment nor any judgment that may result from this Offer of Judgment shall be construed as either an admission of liability on the part of Defendants, or any of them, or that Plaintiffs have suffered any damages.

This Offer of Judgment is made pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure, and shall be deemed withdrawn unless Plaintiffs serve written notice of his acceptance within fourteen (14) days of the date on which this Offer of Judgment was served. Any evidence of this Offer of Judgment shall be inadmissible except as provided in Rule 68 of the Federal Rules of Civil Procedure.

Dated: New York, New York
December 13, 2021 *(handwritten: 13 SPT)*

**For Defendants:**

By: _____
Christopher A. Smith  *Scott P Trivella*
TRIVELLA & FORTE, LLP
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605