UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------

HELDER PEREZ and
JORGE ALBERTO LOPEZ SANCHEZ,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class*,

        **Plaintiffs,**

v.

SOUTH SHORE DRYWALL INC. and
JOSEPH ZANGLA,

        **Defendants.**

---------------------------------------------------

Case No. 20-cv-05215

**[PROPOSED]**
**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants South Shore Drywall Inc. and Joseph Zangla (collectively, "Defendants"), having offered to allow Plaintiffs Helder Perez and Jorge Alberto Lopez Sanchez (collectively, "Plaintiffs") to take a judgment against them, in the sum of Twenty Five Thousand Dollars and No Cents ($25,000.00), inclusive of legal fees, with Plaintiffs' federal claims only under the Fair Labor Standards Act, as amended, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated December 13, 2021 and filed as Exhibit A to Docket Number 48;

    **WHEREAS**, on December 15, 2021, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 48);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Helder Perez and Plaintiff Jorge Alberto Lopez Sanchez, in the sum of Twenty Five Thousand Dollars and No Cents ($25,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated December 13, 2021 and filed as Exhibit A to Docket Number 48.

**SO ORDERED:**

Dated: _____, 2021         _____
      New York, New York                              U.S.D.J.